No. 614.  PANHANDLE EASTERN PIPE LINE Co. *v.* FEDERAL POWER COMMISSION ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  MR. JUSTICE WHITE took no part in the consideration or decision of this petition.  *Robert L. Stern, Joseph J. Daniels, Harry S. Littman* and *Raymond N. Shibley* for petitioner.  *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle, Morton Hollander, Kathryn H. Baldwin, Richard A. Solomon, Howard E. Wahrenbrock* and *Peter H. Schiff* for the Federal Power Commission; *Aloysius J. Suchy* and *F. Clifton Lind* for the County of Wayne, Michigan; and *Frank J. Kelley,* Attorney General of Michigan, *Eugene Krasicky,* Solicitor General, and *Benjamin F. Gibson* and *Hugh B. Anderson,* Assistant Attorneys General, for Michigan Public Service Commission, respondents.

No. 661.  MISSISSIPPI ET AL. *v.* MEREDITH.  Motion of the United States for leave to be named a party respondent granted.  Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *Joe T. Patterson,* Attorney General of Mississippi, *Dugas Shands,* Assistant Attorney General, and *Thomas H. Watkins, Malcolm B. Montgomery, Garner W. Green, Peter M. Stockett* and *Charles Clark,* Special Assistant Attorneys General, for petitioners.  *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.

No. 761.  HILTON HOTELS CORP. ET AL. *v.* URBAN REDEVELOPMENT AUTHORITY OF PITTSBURGH ET AL.  C. A. 3d Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Malcolm Anderson* and *Donald C. Bush* for petitioners.